FILED
IN COURT
ASHEVILLE, N.C.

DEC 01 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:15 CR 101 |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| 1) HOMERO ALVAREZ ) | Violation: |
| 2) BRIAN BOWMAN ) | 21 USC § 841(a)(1) |
| ) | |

### THE GRAND JURY CHARGES:

On or about June 20, 2015, in Henderson County, within the Western District of North Carolina,

### 1) HOMERO ALVAREZ
### 2) BRIAN BOWMAN

did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, a Schedule II controlled substance.

1. Said offense involved at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violation set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violation; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

_____
FOREPERSON

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
THOMAS M. KENT
ASSISTANT UNITED STATES ATTORNEY

2